# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL STEPHEN POROVICH,

    Plaintiff,

v.                                                                 No. 1:17-cv-01214-KRS

NANCY A. BERRYHILL,[1]

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court sua sponte, following a review of the record in the above-titled cause. Having determined that the parties have submitted their pleadings and the Commissioner has lodged the administrative record, the Court shall set a briefing schedule pursuant to D.N.M.LR-Civ. 7.4(d).

**IT IS THEREFORE ORDERED** that Plaintiff shall file and serve her motion to reverse or remand agency decision together with a supporting memorandum of law on or before **May 15, 2018**; Defendant shall file and serve her response on or before **July 2, 2018**; and Plaintiff may file and serve her reply, if any, on or before **August 1, 2018**.

**IT IS FURTHER ORDERED** that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Ms. Berryhill's title changed on March 22, 2018, and she is now the Deputy Commissioner for Operations performing the duties and functions not reserved to the Commissioner of the Social Security Administration. Ms. Berryhill remains the proper head of the agency for the instant Complaint.